**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7354**

_____

UNITED STATES OF AMERICA,

                  Plaintiff - Appellee,

         v.

HECTOR REINAT, a/k/a Chico,

                  Defendant - Appellant.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield.  David A. Faber, Senior
District Judge.  (1:05-cr-00126-2)

_____

Submitted:  March 5, 2010          Decided:  March 24, 2010

_____

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Hector Reinat, Appellant Pro Se.  Miller A. Bushong, III, OFFICE
OF THE UNITED STATES ATTORNEY, Beckley, West Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hector Reinat appeals the district court's order granting his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. See United States v. Reinat, No. 1:05-cr-00126-2 (S.D. W. Va. July 8, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED